# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 08-3989

_____

Frank R. Owens,                               *
                                              *
            Appellant,                        *
                                              *   Appeal from the United States
      v.                                      *   District Court for the Northern
                                              *   District of Iowa.
Verlyn Isaac; Jean Evan; C/O Phillip;         *
Mike Bickford; William Soupene;               *   [UNPUBLISHED]
Kevin Hagemann; Marilee S.                    *
Giegerich; K. Clark; Stephen Salviati;        *
Tyrone Bontrager; Raymond Turano;             *
Samuel Fierro; Larry J. Theilen; Lt.          *
Pasker; Randy Oldenburger; Tom                *
Luensman; Dan Dietiker; Steve Lynch;          *
William Rindy; C/O Baker; Kathy               *
Condon; Jerry Burt; Steven Wendl;             *
Jake Noonan,                                  *
                                              *
            Appellees.                        *

_____

Submitted:  May 7, 2009
Filed:  May 12, 2009

_____

Before BYE, COLLOTON, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Iowa inmate Frank R. Owens appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action. Having carefully reviewed the record, see Popoalii v. Corr. Med. Servs., 512 F.3d 488, 499 (8th Cir. 2008) (de novo review), we find no basis for overturning the district court's determination that Owens had not administratively exhausted his conditions-of-confinement claims, and we conclude summary judgment was proper on his claims arising from prison disciplinary matters and from his December 2006 transfer to the Iowa State Prison. Accordingly, we affirm. See 8th Cir. R. 47B.

_____

---

[1]The Honorable Edward J. McManus, United States District Judge for the Northern District of Iowa.